UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NOS.  3:09cr28/MCR
            3:13cv46/MCR/CJK

**GERARDO MORA CERANO**[1]
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 5, 2015.  ECF No. 237.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Defendant's last name is spelled "Cerano" in all court documents except the amended motion to vacate, which the court assumes is a scrivener's error.

2. The amended motion to vacate, set aside, or correct sentence, ECF No. 220, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of February, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**